Misc. No. 12–8018/NA.   Tarrell D. Jiles, Appellant v. Commanding Officer H&S Battilion, MCB, Quantico, VA, LTCOL Michael F. CARDOZA, In his official capacity as Art. 32, UCMJ, Inv. Officer, and United States, Appellees.   On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied without prejudice to Appellant's right to raise the issues asserted during the course of normal appellate review.